William M. Zimmerman, State Bar No. 126531
Lori S. DeCristo, State Bar No. 136756
**PISEGNA & ZIMMERMAN  LLC**
5170 North Sepulveda Boulevard
Suite 230
Sherman Oaks, California 91403
Telephone (818) 377-2200

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ELLEN PRITSKER,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ANDREW SAUL, Commissioner of Social Security<br><br>　　　　　Defendant. | CASE NO.: 2:19-cv-01451-SK<br><br>ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERD that EAJA fees are awarded in the amount of FIVE THOUSAND EIGHTY-SIX AND FIFTY EIGHT CENTS ($5,086.58) and FOUR HUNDRED DOLLARS ($400.00) in costs, subject to the terms of the stipulation.

DATED:  July 9, 2020　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HON. STEVE KIM
　　　　　　　　　　　　　　　　　　　　U.S.  MAGISTRATE JUDGE

-1-